**Exhibit A – Coinbase Account Records**

 **DeMatteo, Karen J - Bankr. ED Virginia, Case No. 20-12626-BFK**

Files & Folders ▾

### Home

Name ↑

📄 **boomersforcrypto at gmail - CONFIDENTIAL Coinbase Account Stmt.pdf**
Uploaded by michael.cianfrani@coinbase.com (142.6 kB) on Thu Sep 23 at 23:25 (UTC)

📄 **dematteokaren at gmail - CONFIDENTIAL Coinbase Account Stmt.pdf**
Uploaded by michael.cianfrani@coinbase.com (769.1 kB) on Thu Sep 23 at 23:25 (UTC)

📄 **karenjdematteo at gmail - CONFIDENTIAL Coinbase Account Stmt.pdf**
Uploaded by michael.cianfrani@coinbase.com (330.1 kB) on Thu Sep 23 at 23:25 (UTC)

↗ **Collaborators can use the following link to access this Workspace:**

https://coinbase.sendsafely.com/receive/?packageCode=6DOCI64XHFHqYh05qJqwrwMtQIYgW0FFqn3uc
m0JA7E#keycode=Q3n3G_Av-U3w17L0ZsIdrbszUx0dcBt5uxPGV13Jp6g

🌐 English ▲      **(http://www.sendsafely.com)**



100 Pine Street Suite 1250
San Francisco, CA 94111
Phone: 1-888-908-7930

| Account Information |
| --- |
| Karen,janine Dematteo |
| boomersforcrypto@gmail.com |
| VA,<br>US |

| Account Statement Period | 06/23/2021 -<br>09/23/2021 |
| --- | --- |

## Account Summary

| Account Name | Balance on |
| --- | --- |
| BTC Wallet | 0.00013146 BTC |
| Cash (USD) | $0.00 USD |

## Transaction History

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
| --- | --- | --- | --- | --- | --- |
| 07/27/2021 | BTC Wallet | You received Bitcoin from Coinbase | 0.00013146 BTC | $5.00 USD | 0.00013146 BTC |



100 Pine Street Suite 1250
San Francisco, CA 94111
Phone: 1-888-908-7930

| Account Information |
| --- |
| Karen,janine Dematteo |
| deleted-20210807151212006+dematteokaren@gmail.com |
| VA,<br>US |

| Account Statement Period | 09/26/2017 -<br>09/23/2021 |
| --- | --- |

## Account Summary

| Account Name | Balance on |
| --- | --- |
| 1INCH Wallet | 0.0000 1INCH |
| AAVE Wallet | 0.0000 AAVE |
| ADA Wallet | 0.0000 ADA |
| ALGO Wallet | 0.0000 ALGO |
| ATOM Wallet | 0.0000 ATOM |
| BAL Wallet | 0.0000 BAL |
| BAND Wallet | 0.0000 BAND |
| BAT Wallet | 0.0000 BAT |
| BCH Wallet | 0.0000 BCH |
| BNT Wallet | 0.0000 BNT |
| BSV Wallet | 0.0000 BSV |
| BTC Vault | 0.0000 BTC |
| BTC Wallet | 0.0000 BTC |
| CGLD Wallet | 0.0000 CGLD |
| COMP Wallet | 0.0000 COMP |
| CVC Wallet | 0.0000 CVC |
| DAI Wallet | 0.0000 DAI |
| DASH Wallet | 0.0000 DASH |
| DNT Wallet | 0.0000 DNT |
| EOS Wallet | 0.0000 EOS |
| ETC Wallet | 0.0000 ETC |
| ETH Wallet | 0.0000 ETH |
| FIL Wallet | 0.0000 FIL |
| GRT Wallet | 0.0000 GRT |
| KNC Wallet | 0.0000 KNC |
| LINK Wallet | 0.0000 LINK |
| LRC Wallet | 0.0000 LRC |
| LTC Wallet | 0.0000 LTC |

| Account Name | Balance on |
|---|---|
| Loan Collateral | 0.0000 BTC |
| MANA Wallet | 0.0000 MANA |
| MKR Wallet | 0.0000 MKR |
| NMR Wallet | 0.0000 NMR |
| NU Wallet | 0.0000 NU |
| OMG Wallet | 0.0000 OMG |
| OXT Wallet | 0.0000 OXT |
| REN Wallet | 0.0000 REN |
| REP Wallet | 0.0000 REP |
| REPV2 Wallet | 0.0000 REPV2 |
| SNX Wallet | 0.0000 SNX |
| UMA Wallet | 0.0000 UMA |
| UNI Wallet | 0.0000 UNI |
| USD Wallet | $0.00 USD |
| USDC Wallet | 0.02722 USDC |
| WBTC Wallet | 0.0000 WBTC |
| XLM Wallet | 0.0000 XLM |
| XRP Wallet | 0.0000 XRP |
| XTZ Wallet | 0.0000 XTZ |
| YFI Wallet | 0.0000 YFI |
| ZEC Wallet | 0.0000 ZEC |
| ZRX Wallet | 0.0000 ZRX |

## Transaction History

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|---|---|---|---|---|---|
| 09/02/2021 | USDC Wallet | You received USD Coin rewards | 0.02722 USDC | $0.03 USD | 0.02722 USDC |
| 08/07/2021 | ATOM Wallet | You sent Cosmos to GiveCrypto | -0.041919 ATOM | -$0.59 USD | 0.0000 ATOM |
| 08/07/2021 | XTZ Wallet | You sent Tezos to GiveCrypto | -0.263728 XTZ | -$0.91 USD | 0.0000 XTZ |
| 08/07/2021 | USDC Wallet | You sent USD Coin to 0x2e9d46f03e4db5Ac70950f18f35c0877FC0C7461 | -1,001.495874 USDC | -$1,001.50 USD | 0.0000 USDC |
| 08/06/2021 | USDC Wallet | You received USD Coin rewards | 0.127483 USDC | $0.13 USD | 1,001.495874 USDC |
| 07/02/2021 | USDC Wallet | You received USD Coin rewards | 0.123355 USDC | $0.12 USD | 1,001.368391 USDC |
| 06/02/2021 | USDC Wallet | You received USD Coin rewards | 0.127451 USDC | $0.13 USD | 1,001.245036 USDC |
| 05/20/2021 | XTZ Wallet | You received Tezos rewards | 0.023738 XTZ | $0.10 USD | 0.263728 XTZ |

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|---|---|---|---|---|---|
| 05/17/2021 | XTZ Wallet | You received Tezos rewards | 0.022223 XTZ | $0.12 USD | 0.23999 XTZ |
| 05/15/2021 | XTZ Wallet | You received Tezos rewards | 0.022478 XTZ | $0.14 USD | 0.217767 XTZ |
| 05/12/2021 | XTZ Wallet | You received Tezos rewards | 0.022845 XTZ | $0.16 USD | 0.195289 XTZ |
| 05/08/2021 | XTZ Wallet | You received Tezos rewards | 0.023437 XTZ | $0.17 USD | 0.172444 XTZ |
| 05/06/2021 | XTZ Wallet | You received Tezos rewards | 0.023208 XTZ | $0.16 USD | 0.149007 XTZ |
| 05/03/2021 | XTZ Wallet | You received Tezos rewards | 0.02301 XTZ | $0.14 USD | 0.125799 XTZ |
| 05/02/2021 | USDC Wallet | You received USD Coin rewards | 0.123324 USDC | $0.12 USD | 1,001.117585 USDC |
| 04/30/2021 | ATOM Wallet | You received Cosmos rewards | 0.041919 ATOM | $0.96 USD | 0.041919 ATOM |
| 04/30/2021 | XTZ Wallet | You received Tezos rewards | 0.022705 XTZ | $0.12 USD | 0.102789 XTZ |
| 04/27/2021 | XTZ Wallet | You received Tezos rewards | 0.022897 XTZ | $0.13 USD | 0.080084 XTZ |
| 04/24/2021 | BTC Wallet | You sent Bitcoin to 37WuEeTcErgTj5GQDXyF47hazJVpSzw24q | -0.019329 BTC | -$958.14 USD | 0.0000 BTC |
| 04/24/2021 | BTC Wallet | You purchased Bitcoin | 0.019329 BTC | $1,000.00 USD | 0.019329 BTC |
| 04/24/2021 | MANA Wallet | You sent Decentraland to 0xf6F3746dbAd51236A988EB166a0ee9cD803e2DdE | -854.32658138 MANA | -$957.56 USD | 0.0000 MANA |
| 04/24/2021 | MANA Wallet | You purchased Decentraland | 854.32658138 MANA | $1,000.00 USD | 854.32658138 MANA |
| 04/24/2021 | BTC Wallet | You sent Bitcoin to 37WuEeTcErgTj5GQDXyF47hazJVpSzw24q | -0.01489722 BTC | -$734.53 USD | 0.0000 BTC |
| 04/24/2021 | 1INCH Wallet | You sent 1Inch to 0xf6F3746dbAd51236A988EB166a0ee9cD803e2DdE | -163.10626964 1INCH | -$649.08 USD | 0.0000 1INCH |
| 04/24/2021 | LINK Wallet | You sent Chainlink to 0xf6F3746dbAd51236A988EB166a0ee9cD803e2DdE | -25.70139846 LINK | -$817.83 USD | 0.0000 LINK |
| 04/24/2021 | ATOM Wallet | You sent Cosmos to cosmos1psr5x3kgra5fvm4gc4l6ufykn0nl3esdjeex8n (3716514717) | -39.29261 ATOM | -$740.88 USD | 0.0000 ATOM |
| 04/24/2021 | ADA Wallet | You sent Cardano to Ae2tdPwUPEZ3zbRPcA5hemUCkb5B2chboLmMPY8KmzDZZrzukXSdMEFSMtR | -644.801598 ADA | -$720.40 USD | 0.0000 ADA |
| 04/24/2021 | XTZ Wallet | You received Tezos rewards | 0.022643 XTZ | $0.10 USD | 0.057187 XTZ |
| 04/21/2021 | XTZ Wallet | You received Tezos rewards | 0.023164 XTZ | $0.13 USD | 0.034544 XTZ |
| 04/18/2021 | XTZ Wallet | You received Tezos rewards | 0.003682 XTZ | $0.02 USD | 0.01138 XTZ |
| 04/15/2021 | XTZ Wallet | You received Tezos rewards | 0.003734 XTZ | $0.02 USD | 0.007698 XTZ |
| 04/14/2021 | ATOM Wallet | You purchased Cosmos | 39.29261 ATOM | $1,000.00 USD | 39.29261 ATOM |

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|------|---------|-------------|--------|--------------|---------|
| 04/14/2021 | BTC Wallet | You purchased Bitcoin | 0.01489722 BTC | $1,000.00 USD | 0.01489722 BTC |
| 04/14/2021 | LINK Wallet | You purchased Chainlink | 25.70139846 LINK | $1,000.00 USD | 25.70139846 LINK |
| 04/14/2021 | ADA Wallet | You purchased Cardano | 644.801598 ADA | $1,000.00 USD | 644.801598 ADA |
| 04/14/2021 | 1INCH Wallet | You purchased 1Inch | 163.10626964 1INCH | $1,000.00 USD | 163.10626964 1INCH |
| 04/13/2021 | XTZ Wallet | You received Tezos rewards | 0.003964 XTZ | $0.02 USD | 0.003964 XTZ |
| 04/10/2021 | ATOM Wallet | You sent Cosmos to cosmos1z7pzhyrxdarfxv2mwwatsd64fhj8cx5qcentwu (285225211) | -0.669792 ATOM | -$14.10 USD | 0.0000 ATOM |
| 04/10/2021 | XTZ Wallet | You sent Tezos to tz1VwiZd1n3mam3d9SkM12Ya8kota842zxx2 | -66.949248 XTZ | -$447.06 USD | 0.0000 XTZ |
| 04/10/2021 | YFI Wallet | You sent yearn.finance to 0x3c265D4608E5BbeBecc7616C4A22DfA1C0f96BE8 | -0.01257021 YFI | -$552.45 USD | 0.0000 YFI |
| 04/10/2021 | ETH Wallet | You sent Ethereum to 0x3A7c30fEbEdcA1377BFFaDe984894AD19ae170d6 | -0.48080402 ETH | -$1,031.31 USD | 0.0000 ETH |
| 04/10/2021 | ETH Wallet | You purchased Ethereum | 0.22208249 ETH | $500.00 USD | 0.48080402 ETH |
| 04/10/2021 | XTZ Wallet | You received Tezos rewards | 0.003763 XTZ | $0.02 USD | 66.949248 XTZ |
| 04/07/2021 | XTZ Wallet | You received Tezos rewards | 0.003798 XTZ | $0.02 USD | 66.945485 XTZ |
| 04/04/2021 | XTZ Wallet | You received Tezos rewards | 0.003466 XTZ | $0.02 USD | 66.941687 XTZ |
| 04/02/2021 | USDC Wallet | You received USD Coin rewards | 0.127419 USDC | $0.13 USD | 1,000.994261 USDC |
| 04/01/2021 | XTZ Wallet | You received Tezos rewards | 0.003579 XTZ | $0.02 USD | 66.938221 XTZ |
| 03/29/2021 | XTZ Wallet | You received Tezos rewards | 0.003367 XTZ | $0.02 USD | 66.934642 XTZ |
| 03/26/2021 | XTZ Wallet | You received Tezos rewards | 0.003064 XTZ | $0.01 USD | 66.931275 XTZ |
| 03/23/2021 | XTZ Wallet | You received Tezos rewards | 0.002879 XTZ | $0.01 USD | 66.928211 XTZ |
| 03/21/2021 | XTZ Wallet | You received Tezos rewards | 0.00261 XTZ | $0.01 USD | 66.925332 XTZ |
| 03/18/2021 | XTZ Wallet | You received Tezos rewards | 0.001934 XTZ | $0.01 USD | 66.922722 XTZ |
| 03/15/2021 | XTZ Wallet | You received Tezos rewards | 0.001818 XTZ | $0.01 USD | 66.920788 XTZ |
| 03/12/2021 | XTZ Wallet | You received Tezos rewards | 0.001593 XTZ | $0.01 USD | 66.91897 XTZ |
| 03/10/2021 | XTZ Wallet | You purchased Tezos | 56.010192 XTZ | $250.00 USD | 66.917377 XTZ |
| 03/10/2021 | ETH Wallet | You purchased Ethereum | 0.25872153 ETH | $500.00 USD | 0.25872153 ETH |

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|------|---------|-------------|--------|--------------|---------|
| 03/10/2021 | YFI Wallet | You purchased yearn.finance | 0.01257021 YFI | $500.00 USD | 0.01257021 YFI |
| 03/09/2021 | XTZ Wallet | You received Tezos rewards | 0.000972 XTZ | $0.00 USD | 10.907185 XTZ |
| 03/06/2021 | XTZ Wallet | You received Tezos rewards | 0.000977 XTZ | $0.00 USD | 10.906213 XTZ |
| 03/03/2021 | XTZ Wallet | You received Tezos rewards | 0.000622 XTZ | $0.00 USD | 10.905236 XTZ |
| 03/02/2021 | ETH Wallet | You sent Ethereum to 0x840a5633D4c9cd492303ffcF4Ad4d0AA20A3f208 | -0.6226283 ETH | -$939.53 USD | 0.0000 ETH |
| 03/02/2021 | ETH Wallet | You purchased Ethereum | 0.31692359 ETH | $500.00 USD | 0.6226283 ETH |
| 03/02/2021 | USDC Wallet | You received USD Coin rewards | 0.115075 USDC | $0.12 USD | 1,000.8668 42 USDC |
| 03/02/2021 | ETH Wallet | You purchased Ethereum | 0.30570471 ETH | $500.00 USD | 0.3057047 1 ETH |
| 02/28/2021 | XTZ Wallet | You received Tezos rewards | 0.00061 XTZ | $0.00 USD | 10.904614 XTZ |
| 02/20/2021 | XTZ Wallet | You received Tezos rewards | 0.893636 XTZ | $4.42 USD | 10.904004 XTZ |
| 02/17/2021 | XTZ Wallet | You received Tezos rewards | 0.867019 XTZ | $3.86 USD | 10.010368 XTZ |
| 02/14/2021 | XTZ Wallet | You received Tezos rewards | 0.921721 XTZ | $4.85 USD | 9.143349 XTZ |
| 02/11/2021 | XTZ Wallet | You received Tezos rewards | 0.88877 XTZ | $3.67 USD | 8.221628 XTZ |
| 02/08/2021 | XTZ Wallet | You received Tezos rewards | 0.925124 XTZ | $3.13 USD | 7.332858 XTZ |
| 02/05/2021 | XTZ Wallet | You received Tezos rewards | 0.882049 XTZ | $2.82 USD | 6.407734 XTZ |
| 02/02/2021 | USDC Wallet | You received USD Coin rewards | 0.127388 USDC | $0.13 USD | 1,000.7517 67 USDC |
| 02/02/2021 | XTZ Wallet | You received Tezos rewards | 0.915018 XTZ | $2.68 USD | 5.525685 XTZ |
| 01/30/2021 | XTZ Wallet | You received Tezos rewards | 0.895384 XTZ | $2.61 USD | 4.610667 XTZ |
| 01/27/2021 | XTZ Wallet | You received Tezos rewards | 0.920956 XTZ | $2.55 USD | 3.715283 XTZ |
| 01/24/2021 | XTZ Wallet | You received Tezos rewards | 0.996235 XTZ | $3.18 USD | 2.794327 XTZ |
| 01/18/2021 | XTZ Wallet | You received Tezos rewards | 0.892948 XTZ | $2.64 USD | 1.798092 XTZ |
| 01/16/2021 | XTZ Wallet | You received Tezos rewards | 0.905144 XTZ | $2.70 USD | 0.905144 XTZ |
| 01/15/2021 | ATOM Wallet | You received Cosmos rewards | 0.669792 ATOM | $5.47 USD | 0.669792 ATOM |
| 01/13/2021 | XTZ Wallet | You sent Tezos to tz1NXgvX5zrCLp9pvZfszkkZjqrj6d1J5GE1 | -1,173.0847 21 XTZ | -$2,815.9 3 USD | 0.0000 XTZ |
| 01/13/2021 | XRP Wallet | You sent XRP to rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy (1736801531) | -5,178.3600 3 XRP | -$1,551.4 4 USD | 0.0000 XRP |

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|------|---------|-------------|--------|--------------|---------|
| 01/13/2021 | XTZ Wallet | You received Tezos rewards | 0.889642 XTZ | $2.07 USD | 1,173.084721 XTZ |
| 01/11/2021 | XTZ Wallet | You sent Tezos to tz1NXgvX5zrCLp9pvZfszkkZjqrj6d1J5GE1 | -1,290.990317 XTZ | -$2,987.16 USD | 1,172.195079 XTZ |
| 01/11/2021 | ATOM Wallet | You sent Cosmos to cosmos1hdnm5z955cg0fdk7jgtqqh0w7flu8w5d9y37kh | -323.319383 ATOM | -$1,742.21 USD | 0.0000 ATOM |
| 01/10/2021 | XTZ Wallet | You sent Tezos to tz1NXgvX5zrCLp9pvZfszkkZjqrj6d1J5GE1 | -112.403069 XTZ | -$297.74 USD | 2,463.185396 XTZ |
| 01/10/2021 | ATOM Wallet | You sent Cosmos to cosmos1hdnm5z955cg0fdk7jgtqqh0w7flu8w5d9y37kh | -77.654309 ATOM | -$513.26 USD | 323.319383 ATOM |
| 01/10/2021 | COMP Wallet | You sent Compound to 0x2b177af747460B0F17538746D1c93a5A09fEb6ad | -7.3757978 COMP | -$1,398.82 USD | 0.0000 COMP |
| 01/10/2021 | BAT Wallet | You sent Basic Attention Token to 0x2b177af747460B0F17538746D1c93a5A09fEb6ad | -3,283.40414352 BAT | -$876.48 USD | 0.0000 BAT |
| 01/10/2021 | ZEC Wallet | You sent Zcash to t1cXEpMx5gjPD2KNUwp2mbhYXs5PYtyujJq | -32.4525003 ZEC | -$2,944.58 USD | 0.0000 ZEC |
| 01/10/2021 | XLM Wallet | You sent Stellar Lumens to GB6YPGW5JFMMP2QB2USQ33EUWTXVL4ZT5ITUNCY3YKVWOJPP57CANOF3 (3025185c5aad446f8ef) | -6,274.3968474 XLM | -$1,826.64 USD | 0.0000 XLM |
| 01/10/2021 | MKR Wallet | You sent Maker to 0x2b177af747460B0F17538746D1c93a5A09fEb6ad | -1.68415185 MKR | -$2,836.39 USD | 0.0000 MKR |
| 01/10/2021 | ETC Wallet | You sent Ethereum Classic to 0xDeB1A92Cb8197061527d414FC44a79B500Fb114D | -355.39388791 ETC | -$3,752.07 USD | 0.0000 ETC |
| 01/09/2021 | XTZ Wallet | You received Tezos rewards | 0.910771 XTZ | $2.42 USD | 2,575.588465 XTZ |
| 01/08/2021 | ATOM Wallet | You received Cosmos rewards | 0.056737 ATOM | $0.33 USD | 400.973692 ATOM |
| 01/08/2021 | UNI Wallet | You sent Uniswap to 0x2b177af747460B0F17538746D1c93a5A09fEb6ad | -480.30735436 UNI | -$2,992.92 USD | 0.0000 UNI |
| 01/08/2021 | DASH Wallet | You sent Dash to XeFag1BGfqGLvUiBU6rSLWYUfyy8m3ugxB | -38.09762755 DASH | -$3,763.53 USD | 0.0000 DASH |
| 01/08/2021 | ETC Wallet | You sent Ethereum Classic to 0xDeB1A92Cb8197061527d414FC44a79B500Fb114D | -70.36349346 ETC | -$500.92 USD | 355.39388791 ETC |
| 01/08/2021 | XLM Wallet | You sent Stellar Lumens to GB6YPGW5JFMMP2QB2USQ33EUWTXVL4ZT5ITUNCY3YKVWOJPP57CANOF3 (3025185c5aad446f8ef) | -645.4486191 XLM | -$200.96 USD | 6,274.3968474 XLM |
| 01/08/2021 | MKR Wallet | You sent Maker to 0x2b177af747460B0F17538746D1c93a5A09fEb6ad | -0.4505749 MKR | -$504.61 USD | 1.68415185 MKR |
| 01/08/2021 | UNI Wallet | You sent Uniswap to 0x2b177af747460B0F17538746D1c93a5A09fEb6ad | -160.95542572 UNI | -$997.46 USD | 480.30735436 UNI |
| 01/08/2021 | DASH Wallet | You sent Dash to XeFag1BGfqGLvUiBU6rSLWYUfyy8m3ugxB | -10.11715893 DASH | -$1,000.63 USD | 38.09762755 DASH |
| 01/08/2021 | ZRX Wallet | You sent 0x to 0x2b177af747460B0F17538746D1c93a5A09fEb6ad | -14,710.56773588 ZRX | -$6,669.96 USD | 0.0000 ZRX |
| 01/08/2021 | ETH Wallet | You sent Ethereum to 0x2b177af747460B0F17538746D1c93a5A09fEb6ad | -8.53214728 ETH | -$10,664.97 USD | 0.0000 ETH |
| 01/08/2021 | BTC Wallet | You sent Bitcoin to 1dPupYP2pvPjgzQY95m8HeDqjSygXMixm | -2.52191539 BTC | -$103,467.38 USD | 0.0000 BTC |
| 01/08/2021 | LINK Wallet | You sent Chainlink to 0x2b177af747460B0F17538746D1c93a5A09fEb6ad | -1,263.92727819 LINK | -$19,896.64 USD | 0.0000 LINK |

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|------|---------|-------------|--------|--------------|---------|
| 01/08/2021 | ETH Wallet | You sent Ethereum to 0x2b177af747460B0F17538746D1c93a5A09fEb6ad | -40.047958 23 ETH | -$50,058.95 USD | 8.53214728 ETH |
| 01/08/2021 | BTC Wallet | You sent Bitcoin to 1dPupYP2pvPjgzQY95m8HeDqjSygXMixm | -1.8347246 6 BTC | -$75,273.80 USD | 2.52191539 BTC |
| 01/07/2021 | LINK Wallet | You sent Chainlink to 0x2b177af747460B0F17538746D1c93a5A09fEb6ad | -59.991553 76 LINK | -$1,003.73 USD | 1,263.9272 7819 LINK |
| 01/07/2021 | ETH Wallet | You sent Ethereum to 0x2b177af747460B0F17538746D1c93a5A09fEb6ad | -1.6405629 2 ETH | -$2,009.14 USD | 48.580105 51 ETH |
| 01/07/2021 | BTC Wallet | You sent Bitcoin to 1dPupYP2pvPjgzQY95m8HeDqjSygXMixm | -1.9609349 6 BTC | -$75,208.88 USD | 4.3566400 5 BTC |
| 01/07/2021 | BTC Wallet | You sent Bitcoin to 1dPupYP2pvPjgzQY95m8HeDqjSygXMixm | -0.0026249 5 BTC | -$101.03 USD | 6.31757501 BTC |
| 01/06/2021 | XTZ Wallet | You received Tezos rewards | 0.918251 XTZ | $2.37 USD | 2,574.6776 94 XTZ |
| 01/03/2021 | XTZ Wallet | You received Tezos rewards | 0.867025 XTZ | $1.80 USD | 2,573.7594 43 XTZ |
| 01/02/2021 | USDC Wallet | You received USD Coin rewards | 0.127372 USDC | $0.13 USD | 1,000.6243 79 USDC |
| 12/31/2020 | ATOM Wallet | You received Cosmos rewards | 0.786363 ATOM | $4.81 USD | 400.91695 5 ATOM |
| 12/31/2020 | XTZ Wallet | You received Tezos rewards | 0.923069 XTZ | $1.86 USD | 2,572.8924 18 XTZ |
| 12/28/2020 | XTZ Wallet | You received Tezos rewards | 0.895424 XTZ | $1.93 USD | 2,571.9693 49 XTZ |
| 12/26/2020 | XTZ Wallet | You received Tezos rewards | 0.92869 XTZ | $1.88 USD | 2,571.0739 25 XTZ |
| 12/25/2020 | XRP Wallet | You purchased XRP | 2,906.7708 03 XRP | $1,000.00 USD | 5,178.3600 3 XRP |
| 12/23/2020 | XTZ Wallet | You received Tezos rewards | 0.904884 XTZ | $1.82 USD | 2,570.1452 35 XTZ |
| 12/20/2020 | ATOM Wallet | You received Cosmos rewards | 0.450732 ATOM | $2.29 USD | 400.13059 2 ATOM |
| 12/20/2020 | XTZ Wallet | You received Tezos rewards | 0.904341 XTZ | $2.08 USD | 2,569.2403 51 XTZ |
| 12/17/2020 | XTZ Wallet | You received Tezos rewards | 0.894157 XTZ | $2.07 USD | 2,568.3360 1 XTZ |
| 12/14/2020 | XTZ Wallet | You received Tezos rewards | 0.885061 XTZ | $1.97 USD | 2,567.4418 53 XTZ |
| 12/11/2020 | XTZ Wallet | You received Tezos rewards | 0.514792 XTZ | $1.08 USD | 2,566.5567 92 XTZ |
| 12/10/2020 | ATOM Wallet | You received Cosmos rewards | 0.403865 ATOM | $1.89 USD | 399.67986 ATOM |
| 12/08/2020 | XTZ Wallet | You received Tezos rewards | 0.507655 XTZ | $1.14 USD | 2,566.0420 XTZ |
| 12/08/2020 | ETH Wallet | You purchased Ethereum | 3.45255748 ETH | $2,000.00 USD | 50.220668 43 ETH |
| 12/08/2020 | BTC Wallet | You purchased Bitcoin | 1.00853374 BTC | $19,300.00 USD | 6.3201999 6 BTC |
| 12/06/2020 | XTZ Wallet | You received Tezos rewards | 0.510898 XTZ | $1.17 USD | 2,565.5343 45 XTZ |

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|---|---|---|---|---|---|
| 12/03/2020 | ATOM Wallet | You received Cosmos rewards | 0.401326 ATOM | $2.22 USD | 399.275995 ATOM |
| 12/03/2020 | XTZ Wallet | You received Tezos rewards | 0.520613 XTZ | $1.26 USD | 2,565.023447 XTZ |
| 12/02/2020 | USDC Wallet | You received USD Coin rewards | 0.123248 USDC | $0.12 USD | 1,000.497007 USDC |
| 11/30/2020 | XTZ Wallet | You received Tezos rewards | 0.548466 XTZ | $1.35 USD | 2,564.502834 XTZ |
| 11/27/2020 | XTZ Wallet | You received Tezos rewards | 0.53024 XTZ | $1.20 USD | 2,563.954368 XTZ |
| 11/26/2020 | ATOM Wallet | You received Cosmos rewards | 0.380888 ATOM | $2.03 USD | 398.874669 ATOM |
| 11/24/2020 | XTZ Wallet | You received Tezos rewards | 0.564186 XTZ | $1.53 USD | 2,563.424128 XTZ |
| 11/21/2020 | XTZ Wallet | You received Tezos rewards | 0.543113 XTZ | $1.26 USD | 2,562.859942 XTZ |
| 11/20/2020 | BTC Wallet | You purchased Bitcoin | 0.13184146 BTC | $2,500.00 USD | 5.31166622 BTC |
| 11/18/2020 | XTZ Wallet | You received Tezos rewards | 0.53999 XTZ | $1.11 USD | 2,562.316829 XTZ |
| 11/16/2020 | DASH Wallet | You purchased Dash | 11.90820315 DASH | $1,000.00 USD | 48.21478648 DASH |
| 11/16/2020 | ATOM Wallet | You purchased Cosmos | 208.841539 ATOM | $1,100.00 USD | 398.493781 ATOM |
| 11/16/2020 | ZEC Wallet | You purchased Zcash | 16.48907116 ZEC | $1,100.00 USD | 32.4525003 ZEC |
| 11/15/2020 | XTZ Wallet | You received Tezos rewards | 0.52209 XTZ | $1.04 USD | 2,561.776839 XTZ |
| 11/12/2020 | XTZ Wallet | You received Tezos rewards | 0.555371 XTZ | $1.15 USD | 2,561.254749 XTZ |
| 11/12/2020 | UNI Wallet | You purchased Uniswap | 324.32892571 UNI | $1,000.00 USD | 641.26278008 UNI |
| 11/12/2020 | DASH Wallet | You purchased Dash | 13.2303965 DASH | $1,000.00 USD | 36.30658333 DASH |
| 11/12/2020 | ATOM Wallet | You purchased Cosmos | 189.652242 ATOM | $1,000.00 USD | 189.652242 ATOM |
| 11/12/2020 | ZEC Wallet | You purchased Zcash | 15.96342914 ZEC | $1,000.00 USD | 15.96342914 ZEC |
| 11/10/2020 | XTZ Wallet | You received Tezos rewards | 0.539295 XTZ | $1.15 USD | 2,560.699378 XTZ |
| 11/07/2020 | XTZ Wallet | You received Tezos rewards | 0.535242 XTZ | $1.07 USD | 2,560.160083 XTZ |
| 11/04/2020 | XTZ Wallet | You purchased Tezos | 1,036.925474 XTZ | $2,000.00 USD | 2,559.624841 XTZ |
| 11/04/2020 | XTZ Wallet | You received Tezos rewards | 0.551228 XTZ | $1.04 USD | 1,522.699367 XTZ |
| 11/04/2020 | BTC Wallet | You purchased Bitcoin | 0.69448039 BTC | $10,000.00 USD | 5.17982476 BTC |
| 11/04/2020 | ETH Wallet | You purchased Ethereum | 7.29158809 ETH | $3,000.00 USD | 46.76811095 ETH |

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|------|---------|-------------|--------|--------------|---------|
| 11/02/2020 | USDC Wallet | You received USD Coin rewards | 0.12734 USDC | $0.13 USD | 1,000.373759 USDC |
| 11/01/2020 | XTZ Wallet | You received Tezos rewards | 0.545287 XTZ | $1.06 USD | 1,522.148139 XTZ |
| 10/30/2020 | LINK Wallet | You purchased Chainlink | 264.80316078 LINK | $3,000.00 USD | 1,323.91883195 LINK |
| 10/30/2020 | ETH Wallet | You purchased Ethereum | 10.2415734 ETH | $4,000.00 USD | 39.47652286 ETH |
| 10/29/2020 | XTZ Wallet | You received Tezos rewards | 0.375855 XTZ | $0.73 USD | 1,521.602852 XTZ |
| 10/26/2020 | XTZ Wallet | You received Tezos rewards | 0.366107 XTZ | $0.77 USD | 1,521.226997 XTZ |
| 10/23/2020 | XTZ Wallet | You received Tezos rewards | 0.362086 XTZ | $0.80 USD | 1,520.86089 XTZ |
| 10/20/2020 | XTZ Wallet | You received Tezos rewards | 0.367215 XTZ | $0.76 USD | 1,520.498804 XTZ |
| 10/19/2020 | XTZ Wallet | You received Tezos rewards | 0.379107 XTZ | $0.84 USD | 1,520.131589 XTZ |
| 10/16/2020 | UNI Wallet | You purchased Uniswap | 316.93385437 UNI | $1,000.00 USD | 316.93385437 UNI |
| 10/15/2020 | XTZ Wallet | You received Tezos rewards | 0.367659 XTZ | $0.83 USD | 1,519.752482 XTZ |
| 10/12/2020 | XTZ Wallet | You received Tezos rewards | 0.357081 XTZ | $0.84 USD | 1,519.384823 XTZ |
| 10/06/2020 | XTZ Wallet | You received Tezos rewards | 0.367232 XTZ | $0.77 USD | 1,519.027742 XTZ |
| 10/03/2020 | XTZ Wallet | You received Tezos rewards | 0.360612 XTZ | $0.77 USD | 1,518.66051 XTZ |
| 10/02/2020 | USDC Wallet | You received USD Coin rewards | 0.123217 USDC | $0.12 USD | 1,000.246419 USDC |
| 09/30/2020 | XTZ Wallet | You received Tezos rewards | 0.363865 XTZ | $0.80 USD | 1,518.299898 XTZ |
| 09/28/2020 | XTZ Wallet | You received Tezos rewards | 0.357567 XTZ | $0.82 USD | 1,517.936033 XTZ |
| 09/25/2020 | XTZ Wallet | You received Tezos rewards | 0.357684 XTZ | $0.80 USD | 1,517.578466 XTZ |
| 09/23/2020 | ETH Wallet | You purchased Ethereum | 6.06771682 ETH | $2,000.00 USD | 29.23494946 ETH |
| 09/22/2020 | XTZ Wallet | You received Tezos rewards | 0.359954 XTZ | $0.77 USD | 1,517.220782 XTZ |
| 09/21/2020 | COMP Wallet | You purchased Compound | 7.3757978 COMP | $1,000.00 USD | 7.3757978 COMP |
| 09/21/2020 | XTZ Wallet | You purchased Tezos | 484.936217 XTZ | $1,000.00 USD | 1,516.860828 XTZ |
| 09/21/2020 | MKR Wallet | You purchased Maker | 2.13472675 MKR | $1,000.00 USD | 2.13472675 MKR |
| 09/19/2020 | XTZ Wallet | You received Tezos rewards | 0.343836 XTZ | $0.79 USD | 1,031.924611 XTZ |
| 09/16/2020 | XTZ Wallet | You received Tezos rewards | 0.374686 XTZ | $0.92 USD | 1,031.580775 XTZ |

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|------|---------|-------------|--------|--------------|---------|
| 09/13/2020 | XTZ Wallet | You received Tezos rewards | 0.377936 XTZ | $0.98 USD | 1,031.2060 89 XTZ |
| 09/11/2020 | XTZ Wallet | You received Tezos rewards | 0.344796 XTZ | $0.87 USD | 1,030.8281 53 XTZ |
| 09/10/2020 | XTZ Wallet | You received Tezos rewards | 0.359617 XTZ | $0.93 USD | 1,030.4833 57 XTZ |
| 09/03/2020 | ETH Wallet | You purchased Ethereum | 4.80944129 ETH | $2,000.00 USD | 23.1672326 4 ETH |
| 09/02/2020 | USDC Wallet | You received USD Coin rewards | 0.123202 USDC | $0.12 USD | 1,000.1232 02 USDC |
| 08/01/2020 | USDC Wallet | You purchased USD Coin | 1,000.0000 0 USDC | $1,000.00 USD | 1,000.0000 0 USDC |
| 08/01/2020 | XTZ Wallet | You purchased Tezos | 681.319872 XTZ | $2,000.00 USD | 1,030.1237 4 XTZ |
| 07/30/2020 | XTZ Wallet | You purchased Tezos | 348.80386 8 XTZ | $1,000.00 USD | 348.80386 8 XTZ |
| 07/27/2020 | BTC Wallet | You purchased Bitcoin | 2.0622930 2 BTC | $22,000.00 USD | 4.4853443 7 BTC |
| 05/10/2020 | BTC Wallet | You sent Bitcoin to 3Axnfuj5tNH9pdziuP3ETTW81QMUUTKHJb | -0.5693394 3 BTC | -$4,990.31 USD | 2.42305135 BTC |
| 05/10/2020 | BTC Wallet | You purchased Bitcoin | 0.5580444 1 BTC | $5,000.00 USD | 2.9923907 8 BTC |
| 05/09/2020 | ZRX Wallet | You purchased 0x | 1,073.7998 3971 ZRX | $500.00 USD | 14,710.5677 3588 ZRX |
| 05/09/2020 | BTC Wallet | You purchased Bitcoin | 0.5055369 1 BTC | $5,000.00 USD | 2.4343463 7 BTC |
| 05/06/2020 | BTC Wallet | You purchased Bitcoin | 0.53141447 BTC | $5,000.00 USD | 1.9288094 6 BTC |
| 05/06/2020 | BTC Wallet | You sent Bitcoin to 3Axnfuj5tNH9pdziuP3ETTW81QMUUTKHJb | -0.5403610 7 BTC | -$4,993.33 USD | 1.3973949 9 BTC |
| 05/06/2020 | ZRX Wallet | You purchased 0x | 8,994.6597 2888 ZRX | $2,000.00 USD | 13,636.767 89617 ZRX |
| 05/06/2020 | BTC Wallet | You sent Bitcoin to 1dPupYP2pvPjgzQY95m8HeDqjSygXMixm | -1.0021623 5 BTC | -$9,293.36 USD | 1.93775606 BTC |
| 05/06/2020 | BTC Wallet | You sent Bitcoin to 1HhjqRTHBGL6f2gXFmd6g9qJnt9YFtH6ku | -1.00114829 BTC | -$9,283.95 USD | 2.93991841 BTC |
| 05/05/2020 | XRP Wallet | You purchased XRP | 2,271.58922 7 XRP | $500.00 USD | 2,271.5892 27 XRP |
| 05/04/2020 | BTC Wallet | You purchased Bitcoin | 0.9678080 6 BTC | $8,700.00 USD | 3.9410667 BTC |
| 05/04/2020 | BTC Wallet | You sent Bitcoin to 1dPupYP2pvPjgzQY95m8HeDqjSygXMixm | -0.6447347 8 BTC | -$5,600.20 USD | 2.9732586 4 BTC |
| 05/04/2020 | BTC Wallet | You sent Bitcoin to 1HhjqRTHBGL6f2gXFmd6g9qJnt9YFtH6ku | -0.2297460 8 BTC | -$1,998.79 USD | 3.61799342 BTC |
| 05/04/2020 | LINK Wallet | You purchased Chainlink | 276.46064 383 LINK | $1,000.00 USD | 1,059.11567 117 LINK |
| 04/30/2020 | LINK Wallet | You purchased Chainlink | 523.248151 64 LINK | $2,000.00 USD | 782.65502 734 LINK |
| 04/30/2020 | BTC Wallet | You purchased Bitcoin | 0.9953323 BTC | $9,000.00 USD | 3.8477395 BTC |

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|------|---------|-------------|--------|--------------|---------|
| 04/29/2020 | BTC Wallet | You purchased Bitcoin | 0.40664527 BTC | $3,500.00 USD | 2.8524072 BTC |
| 04/29/2020 | BTC Wallet | You sent Bitcoin to 1HhjqRTHBGL6f2gXFmd6g9qJnt9YFtH6ku | -1.16736755 BTC | -$9,788.52 USD | 2.44576193 BTC |
| 04/29/2020 | BTC Wallet | You purchased Bitcoin | 2.02577506 BTC | $17,000.00 USD | 3.61312948 BTC |
| 04/29/2020 | ETC Wallet | You purchased Ethereum Classic | 287.73428661 ETC | $2,000.00 USD | 425.75738137 ETC |
| 04/29/2020 | ETH Wallet | You purchased Ethereum | 14.06356379 ETH | $3,000.00 USD | 18.35779135 ETH |
| 04/29/2020 | LINK Wallet | You purchased Chainlink | 259.4068757 LINK | $1,000.00 USD | 259.4068757 LINK |
| 04/29/2020 | DASH Wallet | You purchased Dash | 23.07618683 DASH | $2,000.00 USD | 23.07618683 DASH |
| 04/27/2020 | BTC Wallet | You purchased Bitcoin | 0.9846921 BTC | $7,750.00 USD | 1.58735442 BTC |
| 03/26/2020 | BTC Wallet | You sent Bitcoin to 1HhjqRTHBGL6f2gXFmd6g9qJnt9YFtH6ku | -0.27663476 BTC | -$1,868.29 USD | 0.60266232 BTC |
| 03/25/2020 | BAT Wallet | You purchased Basic Attention Token | 3,283.40414352 BAT | $500.00 USD | 3,283.40414352 BAT |
| 03/25/2020 | ETC Wallet | You purchased Ethereum Classic | 97.16728547 ETC | $500.00 USD | 138.02309476 ETC |
| 03/25/2020 | BTC Wallet | You purchased Bitcoin | 0.87929708 BTC | $6,000.00 USD | 0.87929708 BTC |
| 03/25/2020 | BTC Wallet | You sent Bitcoin to 1HhjqRTHBGL6f2gXFmd6g9qJnt9YFtH6ku | -0.74410807 BTC | -$4,983.11 USD | 0.0000 BTC |
| 03/19/2020 | ZRX Wallet | You purchased 0x | 3,036.47244271 ZRX | $500.00 USD | 4,642.10816729 ZRX |
| 03/19/2020 | BTC Wallet | You sent Bitcoin to 1HhjqRTHBGL6f2gXFmd6g9qJnt9YFtH6ku | -0.05602922 BTC | -$345.82 USD | 0.74410807 BTC |
| 03/19/2020 | BTC Wallet | You sent Bitcoin to 1HhjqRTHBGL6f2gXFmd6g9qJnt9YFtH6ku | -0.30002567 BTC | -$1,774.14 USD | 0.80013729 BTC |
| 03/19/2020 | BTC Wallet | You purchased Bitcoin | 0.9953758 BTC | $6,000.00 USD | 1.10016296 BTC |
| 02/20/2020 | XLM Wallet | You purchased Stellar Lumens | 6,919.8454665 XLM | $500.00 USD | 6,919.8454665 XLM |
| 02/19/2020 | BTC Wallet | You purchased Bitcoin | 0.10158918 BTC | $1,000.00 USD | 0.10478716 BTC |
| 02/11/2020 | ETC Wallet | You purchased Ethereum Classic | 40.85580929 ETC | $500.00 USD | 40.85580929 ETC |
| 02/11/2020 | ZRX Wallet | You purchased 0x | 1,605.63572458 ZRX | $500.00 USD | 1,605.63572458 ZRX |
| 02/05/2018 | BTC Wallet | You sent Bitcoin to 1dPupYP2pvPjgzQY95m8HeDqjSygXMixm | -0.10531935 BTC | -$704.39 USD | 0.00319798 BTC |
| 02/05/2018 | BTC Wallet | You purchased Bitcoin | 0.10851733 BTC | $750.00 USD | 0.10851733 BTC |
| 01/12/2018 | BTC Wallet | You sent Bitcoin to 1dPupYP2pvPjgzQY95m8HeDqjSygXMixm | -1.09153483 BTC | -$15,200.06 USD | 0.0000 BTC |
| 01/11/2018 | BTC Wallet | You purchased Bitcoin | 1.09153483 BTC | $15,000.00 USD | 1.09153483 BTC |

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|------|---------|-------------|--------|--------------|---------|
| 01/11/2018 | USD Wallet | You sold US Dollar | -$5,205.94 USD | -$5,205.94 USD | $0.00 USD |
| 01/11/2018 | ETH Wallet | You purchased Ethereum | 4.29422756 ETH | $5,205.94 USD | 4.29422756 ETH |
| 01/07/2018 | USD Wallet | You purchased US Dollar | $5,205.94 USD | $5,205.94 USD | $5,205.94 USD |
| 01/07/2018 | BTC Wallet | You sold Bitcoin | -0.33139338 BTC | $5,205.94 USD | 0.0000 BTC |
| 01/02/2018 | BTC Wallet | You sent Bitcoin to 1dPupYP2pvPjgzQY95m8HeDqjSygXMixm | -0.27290339 BTC | -$3,984.39 USD | 0.33139338 BTC |
| 01/02/2018 | BTC Wallet | You purchased Bitcoin | 0.02090914 BTC | $300.00 USD | 0.60429677 BTC |
| 10/23/2017 | USD Wallet | You sent US Dollar to Coinbase | -$2,500.00 USD | $2,500.00 USD | $0.00 USD |
| 09/28/2017 | BTC Wallet | You purchased Bitcoin | 0.58338763 BTC | $2,500.00 USD | 0.58338763 BTC |
| 09/27/2017 | BTC Wallet | You sent Bitcoin to 1dPupYP2pvPjgzQY95m8HeDqjSygXMixm | -0.11378217 BTC | -$474.89 USD | 0.0000 BTC |
| 09/27/2017 | BTC Wallet | You purchased Bitcoin | 0.11378217 BTC | $500.00 USD | 0.11378217 BTC |
| 09/27/2017 | USD Wallet | You deposited funds | $2,500.00 USD | $2,500.00 USD | $2,500.00 USD |



100 Pine Street Suite 1250
San Francisco, CA 94111
Phone: 1-888-908-7930

| Account Information |
| --- |
| Karen Janine Dematteo |
| karenjdematteo@gmail.com |
| VA,<br>US |

| Account Statement Period | 04/10/2021 -<br>09/23/2021 |
| --- | --- |

## Account Summary

| Account Name | Balance on |
| --- | --- |
| 1INCH Wallet | 0.0000 1INCH |
| AAVE Wallet | 0.0000 AAVE |
| ADA Wallet | 0.0000 ADA |
| ALGO Wallet | 0.0000 ALGO |
| ANKR Wallet | 0.0000 ANKR |
| ATOM Wallet | 0.667292 ATOM |
| BAL Wallet | 0.0000 BAL |
| BAND Wallet | 0.0000 BAND |
| BAT Wallet | 0.0000 BAT |
| BCH Wallet | 2.3470134 BCH |
| BNT Wallet | 0.0000 BNT |
| BSV Wallet | 0.0000 BSV |
| BTC Wallet | 0.0000 BTC |
| CGLD Wallet | 131.35019738 CGLD |
| COMP Wallet | 0.0000 COMP |
| CRV Wallet | 0.0000 CRV |
| CVC Wallet | 0.0000 CVC |
| Cash (USD) | $0.00 USD |
| DAI Wallet | 0.0000 DAI |
| DASH Wallet | 0.0000 DASH |
| DNT Wallet | 0.0000 DNT |
| ENJ Wallet | 0.0000 ENJ |
| EOS Wallet | 0.0000 EOS |
| ETC Wallet | 0.0000 ETC |
| ETH Wallet | 2.08504712 ETH |
| ETH2 Wallet | 0.0000 ETH2 |
| FIL Wallet | 0.0000 FIL |
| GRT Wallet | 1,267.26620051 GRT |

| Account Name | Balance on |
|---|---|
| KNC Wallet | 0.0000 KNC |
| LINK Wallet | 0.0000 LINK |
| LRC Wallet | 0.0000 LRC |
| LTC Wallet | 0.0000 LTC |
| MANA Wallet | 48.04648521 MANA |
| MATIC Wallet | 0.0000 MATIC |
| MKR Wallet | 0.0000 MKR |
| NKN Wallet | 0.0000 NKN |
| NMR Wallet | 0.0000 NMR |
| NU Wallet | 0.0000 NU |
| OGN Wallet | 186.67356112 OGN |
| OMG Wallet | 0.0000 OMG |
| OXT Wallet | 0.0000 OXT |
| REN Wallet | 0.0000 REN |
| REP Wallet | 0.0000 REP |
| REPV2 Wallet | 0.0000 REPV2 |
| SKL Wallet | 0.0000 SKL |
| SNX Wallet | 0.0000 SNX |
| STORJ Wallet | 0.0000 STORJ |
| SUSHI Wallet | 0.0000 SUSHI |
| UMA Wallet | 0.0000 UMA |
| UNI Wallet | 56.68548114 UNI |
| USDC Wallet | 998.165341 USDC |
| WBTC Wallet | 0.0000 WBTC |
| XLM Wallet | 0.0000 XLM |
| XRP Wallet | 0.0000 XRP |
| XTZ Wallet | 67.837475 XTZ |
| YFI Wallet | 0.01243311 YFI |
| ZEC Wallet | 0.0000 ZEC |
| ZRX Wallet | 0.0000 ZRX |

## Transaction History

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|---|---|---|---|---|---|
| 09/22/2021 | XTZ Wallet | You received Tezos rewards | 0.022568 XTZ | $0.11 USD | 67.837475 XTZ |
| 09/19/2021 | XTZ Wallet | You received Tezos rewards | 0.022683 XTZ | $0.14 USD | 67.814907 XTZ |

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|------|---------|-------------|--------|--------------|---------|
| 09/16/2021 | XTZ Wallet | You received Tezos rewards | 0.022818 XTZ | $0.15 USD | 67.792224 XTZ |
| 09/13/2021 | XTZ Wallet | You received Tezos rewards | 0.020974 XTZ | $0.15 USD | 67.769406 XTZ |
| 09/10/2021 | XTZ Wallet | You received Tezos rewards | 0.042742 XTZ | $0.25 USD | 67.748432 XTZ |
| 09/06/2021 | LINK Wallet | You sent Chainlink to 0x550CB88c3b0B2e1a2913FbBFDdF33b6DA2C19EEd | -127.34405658 LINK | -$4,375.83 USD | 0.0000 LINK |
| 09/04/2021 | XTZ Wallet | You received Tezos rewards | 0.020723 XTZ | $0.11 USD | 67.70569 XTZ |
| 09/02/2021 | USDC Wallet | You received USD Coin rewards | 0.099933 USDC | $0.10 USD | 998.165341 USDC |
| 09/01/2021 | XTZ Wallet | You received Tezos rewards | 0.020295 XTZ | $0.11 USD | 67.684967 XTZ |
| 08/29/2021 | XTZ Wallet | You received Tezos rewards | 0.000272 XTZ | $0.00 USD | 67.664672 XTZ |
| 08/26/2021 | XTZ Wallet | You received Tezos rewards | 0.022283 XTZ | $0.10 USD | 67.6644 XTZ |
| 08/23/2021 | XTZ Wallet | You received Tezos rewards | 0.022726 XTZ | $0.09 USD | 67.642117 XTZ |
| 08/20/2021 | XTZ Wallet | You received Tezos rewards | 0.021081 XTZ | $0.08 USD | 67.619391 XTZ |
| 08/17/2021 | XTZ Wallet | You received Tezos rewards | 0.046203 XTZ | $0.17 USD | 67.59831 XTZ |
| 08/14/2021 | XTZ Wallet | You received Tezos rewards | 0.023136 XTZ | $0.08 USD | 67.552107 XTZ |
| 08/07/2021 | USDC Wallet | You received USD Coin from an external account | 998.065408 USDC | $998.07 USD | 998.065408 USDC |
| 08/04/2021 | XTZ Wallet | You received Tezos rewards | 0.02269 XTZ | $0.07 USD | 67.528971 XTZ |
| 08/01/2021 | XTZ Wallet | You received Tezos rewards | 0.022804 XTZ | $0.07 USD | 67.506281 XTZ |
| 07/29/2021 | XTZ Wallet | You received Tezos rewards | 0.023796 XTZ | $0.07 USD | 67.483477 XTZ |
| 07/26/2021 | XTZ Wallet | You received Tezos rewards | 0.022811 XTZ | $0.07 USD | 67.459681 XTZ |
| 07/23/2021 | XTZ Wallet | You received Tezos rewards | 0.018484 XTZ | $0.05 USD | 67.43687 XTZ |
| 07/20/2021 | XTZ Wallet | You received Tezos rewards | 0.02201 XTZ | $0.05 USD | 67.418386 XTZ |
| 07/17/2021 | XTZ Wallet | You received Tezos rewards | 0.022739 XTZ | $0.05 USD | 67.396376 XTZ |
| 07/15/2021 | XTZ Wallet | You received Tezos rewards | 0.022958 XTZ | $0.06 USD | 67.373637 XTZ |
| 07/12/2021 | XTZ Wallet | You received Tezos rewards | 0.022516 XTZ | $0.06 USD | 67.350679 XTZ |
| 07/09/2021 | XTZ Wallet | You received Tezos rewards | 0.023692 XTZ | $0.06 USD | 67.328163 XTZ |
| 07/06/2021 | XTZ Wallet | You received Tezos rewards | 0.01955 XTZ | $0.06 USD | 67.304471 XTZ |

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|------|---------|-------------|--------|--------------|---------|
| 07/03/2021 | XTZ Wallet | You received Tezos rewards | 0.022797 XTZ | $0.07 USD | 67.284921 XTZ |
| 06/30/2021 | XTZ Wallet | You received Tezos rewards | 0.022959 XTZ | $0.07 USD | 67.262124 XTZ |
| 06/27/2021 | XTZ Wallet | You received Tezos rewards | 0.022017 XTZ | $0.06 USD | 67.239165 XTZ |
| 06/24/2021 | XTZ Wallet | You received Tezos rewards | 0.022838 XTZ | $0.06 USD | 67.217148 XTZ |
| 06/21/2021 | XTZ Wallet | You received Tezos rewards | 0.02344 XTZ | $0.07 USD | 67.19431 XTZ |
| 06/18/2021 | XTZ Wallet | You received Tezos rewards | 0.023129 XTZ | $0.07 USD | 67.17087 XTZ |
| 06/15/2021 | XTZ Wallet | You received Tezos rewards | 0.020372 XTZ | $0.07 USD | 67.147741 XTZ |
| 06/12/2021 | ADA Wallet | You sent Cardano to Ae2tdPwUPEZ3zbRPcA5hemUCkb5B2chboLmMPY8KmzDZZrzukXSdMEFSMtR | -6,008.515727 ADA | -$8,849.04 USD | 0.0000 ADA |
| 06/12/2021 | XTZ Wallet | You received Tezos rewards | 0.020406 XTZ | $0.06 USD | 67.127369 XTZ |
| 06/09/2021 | XTZ Wallet | You received Tezos rewards | 0.022501 XTZ | $0.08 USD | 67.106963 XTZ |
| 06/06/2021 | XTZ Wallet | You received Tezos rewards | 0.022638 XTZ | $0.08 USD | 67.084462 XTZ |
| 06/04/2021 | XTZ Wallet | You received Tezos rewards | 0.022354 XTZ | $0.08 USD | 67.061824 XTZ |
| 06/01/2021 | XTZ Wallet | You received Tezos rewards | 0.022327 XTZ | $0.08 USD | 67.03947 XTZ |
| 05/29/2021 | XTZ Wallet | You received Tezos rewards | 0.023043 XTZ | $0.08 USD | 67.017143 XTZ |
| 05/26/2021 | BTC Wallet | You sent Bitcoin to 33Ur8fB6GiicGVw82DvUuPjdhcZgujnfSg | -0.1465898 BTC | -$5,855.53 USD | 0.0000 BTC |
| 05/26/2021 | CGLD Wallet | You purchased Celo | 131.35019738 CGLD | $500.00 USD | 131.35019738 CGLD |
| 05/26/2021 | XTZ Wallet | You received Tezos rewards | 0.023418 XTZ | $0.09 USD | 66.9941 XTZ |
| 05/23/2021 | XTZ Wallet | You received Tezos rewards | 0.022854 XTZ | $0.07 USD | 66.970682 XTZ |
| 05/22/2021 | ETH Wallet | You purchased Ethereum | 2.08504712 ETH | $5,000.00 USD | 2.08504712 ETH |
| 05/22/2021 | BTC Wallet | You purchased Bitcoin | 0.14625492 BTC | $5,500.00 USD | 0.1465898 BTC |
| 05/12/2021 | OGN Wallet | You purchased Origin Protocol | 186.67356112 OGN | $300.00 USD | 186.67356112 OGN |
| 05/10/2021 | ETH Wallet | You sold Ethereum | -2.61231703 ETH | 6,008.515727 ADA | 0.0000 ETH |
| 05/10/2021 | ADA Wallet | You purchased Cardano | 6,008.515727 ADA | $10,551.25 USD | 6,008.515727 ADA |
| 04/30/2021 | GRT Wallet | You purchased The Graph | 1,267.26620051 GRT | $2,000.00 USD | 1,267.26620051 GRT |
| 04/23/2021 | ETH Wallet | You purchased Ethereum | 2.13432701 ETH | $5,000.00 USD | 2.61231703 ETH |

| Date | Account | Transaction | Amount | Amount (USD) | Balance |
|------|---------|-------------|--------|--------------|---------|
| 04/14/2021 | LINK Wallet | You purchased Chainlink | 127.34405658 LINK | $5,000.00 USD | 127.34405658 LINK |
| 04/14/2021 | BCH Wallet | You purchased Bitcoin Cash | 2.3470134 BCH | $2,000.00 USD | 2.3470134 BCH |
| 04/14/2021 | UNI Wallet | You purchased Uniswap | 56.68548114 UNI | $2,000.00 USD | 56.68548114 UNI |
| 04/11/2021 | BTC Wallet | You received Bitcoin from Coinbase | 0.00033488 BTC | $19.99 USD | 0.00033488 BTC |
| 04/10/2021 | ATOM Wallet | You received Cosmos from an external account | 0.667292 ATOM | $14.05 USD | 0.667292 ATOM |
| 04/10/2021 | YFI Wallet | You received yearn.finance from an external account | 0.01243311 YFI | $546.99 USD | 0.01243311 YFI |
| 04/10/2021 | XTZ Wallet | You received Tezos from an external account | 66.947828 XTZ | $448.30 USD | 66.947828 XTZ |
| 04/10/2021 | ETH Wallet | You received Ethereum from an external account | 0.47799002 ETH | $1,024.70 USD | 0.47799002 ETH |
| 04/10/2021 | MANA Wallet | You purchased Decentraland | 48.04648521 MANA | $50.00 USD | 48.04648521 MANA |